# EXHIBIT B

{02964633; 1}

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Edwin Pairavi, 257290<br>Pairavi Law, P.C.<br>1875 Century Park East, Suite 480<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310)789-2063<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

| PLAINTIFF/PETITIONER: CHRISTOPHER PERKINS, an individual | CASE NUMBER:<br>21STCV32115 |
|---|---|
| DEFENDANT/RESPONDENT: OPTUMINSIGHT, INC., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Perkins |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, First Amended General Order, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a), Alternative Dispute Resolution (ADR) Information Package, Notice of Case Assignment

3. a. Party served: OPTUM360 SERVICES, INC., a Delaware Corporation
   b. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 North Brand Blvd, #700
   Glendale, CA 91203

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 09/14/2021  (2) at (time): 12:35PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   OPTUM360 SERVICES, INC., a Delaware Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal - P-000618-Sonoma
              1400 North McDowell Blvd, Ste 300
              Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 09/15/2021

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>OL# 16903324 |
|---|---|---|

EXHIBIT B 020

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Edwin Pairavi, 257290<br>Pairavi Law, P.C.<br>1875 Century Park East, Suite 480<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310)789-2063<br>ATTORNEY FOR *(Name)*: Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

PLAINTIFF/PETITIONER: CHRISTOPHER PERKINS, an individual
DEFENDANT/RESPONDENT: OPTUMINSIGHT, INC., et al.

CASE NUMBER: 21STCV32115

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Perkins

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, First Amended General Order, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a), Alternative Dispute Resolution (ADR) Information Package, Notice of Case Assignment

3. a. Party served: OPTUM360, LLC, a Delaware Limited Liability Company
   b. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 North Brand Blvd, #700
   Glendale, CA 91203
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 09/14/2021  (2) at (time): 12:35PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   OPTUM360, LLC, a Delaware Limited Liability Company
   under: Other: Limited Liability Company

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 09/15/2021

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 16903359

EXHIBIT B 021

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Edwin Pairavi, 257290 <br> Pairavi Law, P.C. <br> 1875 Century Park East, Suite 480 <br> Los Angeles, CA 90067 <br> TELEPHONE NO.: (310)789-2063 <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

| PLAINTIFF/PETITIONER: CHRISTOPHER PERKINS, an individual <br> DEFENDANT/RESPONDENT: OPTUMINSIGHT, INC., et al. | CASE NUMBER: <br> 21STCV32115 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> Perkins |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, First Amended General Order, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a), Alternative Dispute Resolution (ADR) Information Package, Notice of Case Assignment

3. a. Party served: OPTUMINSIGHT, INC., a Delaware Corporation

   b. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 North Brand Blvd, #700
   Glendale, CA 91203
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 09/14/2021   (2) at (time): 12:35PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   OPTUMINSIGHT, INC., a Delaware Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal - P-000618-Sonoma
              1400 North McDowell Blvd, Ste 300
              Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 09/15/2021

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> OL# 16903323 |
|---|---|---|

EXHIBIT B 022

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Edwin Pairavi, 257290<br>Pairavi Law, P.C.<br>1875 Century Park East, Suite 480<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310)789-2063<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

| PLAINTIFF/PETITIONER: CHRISTOPHER PERKINS, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: OPTUMINSIGHT, INC., et al. | 21STCV32115 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Perkins |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, First Amended General Order, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a), Alternative Dispute Resolution (ADR) Information Package, Notice of Case Assignment

3. a. Party served: UNITEDHEALTH GROUP, a Minnesota Corporation

   b. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 North Brand Blvd, #700
   Glendale, CA 91203

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 09/14/2021    (2) at (time): 12:35PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   UNITEDHEALTH GROUP, a Minnesota Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 09/15/2021

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                            (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>OL# 16903326 |
|---|---|---|

EXHIBIT B 023

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Edwin Pairavi, 257290<br>Pairavi Law, P.C.<br>1875 Century Park East, Suite 480<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310)789-2063<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Los Angeles County
111 N. Hill Street
Los Angeles, CA 90012-3117

PLAINTIFF/PETITIONER: CHRISTOPHER PERKINS, an individual
DEFENDANT/RESPONDENT: OPTUMINSIGHT, INC., et al.

CASE NUMBER: 21STCV32115

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Perkins

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, First Amended General Order, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a), Alternative Dispute Resolution (ADR) Information Package, Notice of Case Assignment

3. a. Party served: UNITEDHEALTH GROUP INCORPORATED, a Delaware Corporation
   b. Person Served: CT Corp - Diana Ruiz, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 North Brand Blvd, #700
   Glendale, CA 91203
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 09/14/2021    (2) at (time): 12:35PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   UNITEDHEALTH GROUP INCORPORATED, a Delaware Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:     Jimmy Lizama
   b. Address:  One Legal - P-000618-Sonoma
                1400 North McDowell Blvd, Ste 300
                Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 09/15/2021

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 16903325

EXHIBIT B 024