# EXHIBIT D

1 | Edwin Pairavi, Esq.,           (State Bar No.: 257290)
    edwin@pairavilaw.com
2 | Joshua M. Mohrsaz, Esq.,      (State Bar No.: 307759)
    joshua@pairavilaw.com
3 | PAIRAVI LAW, P.C.
    1875 Century Park East, Suite 480
4 | Los Angeles, California 90067
    Telephone:    (310) 789-2063
5 | Facsimile:    (310) 789-2064

6 | Attorneys for Plaintiff,
    **CHRISTOPHER PERKINS**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES – CENTRAL DISTRICT**

| | |
|---|---|
| CHRISTOPHER PERKINS, an individual, | **CASE NO:** 21STCV32115 |
| Plaintiff, | **NOTICE OF CASE MANAGEMENT CONFERENCE** |
| vs. | Date:       December 28, 2021<br>Time:       8:30 a.m.<br>Department: 28 |
| OPTUMINSIGHT, INC., a Delaware Corporation; OPTUM360, LLC, a Delaware Limited Liability Company; OPTUM360 SERVICES, INC., a Delaware Corporation; UNITEDHEALTH GROUP, a Minnesota Corporation; UNITEDHEALTH GROUP INCORPORATED, a Delaware Corporation; TINA MARIE TESTA, an individual; and DOES 1 to 50, inclusive, | Complaint Filed: August 30, 2021<br>Trial Date:       None Set<br><br>Assigned for All Purposes to Honorable Judge, RUPERT A. BYRDSONG |
| Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that a Case Management Conference is scheduled for **December 28, 2021** at **8:30 am** in **Department 28** at the above-entitled court. Attached herein as Exhibit "A" is a true and correct copy of the Court's notice. Plaintiff to provide notice.

///

///

-1-
NOTICE OF CASE MANAGEMENT CONFERENCE

EXHIBIT D 035

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 2, 2021 | Respectfully Submitted,<br>PAIRAVI LAW, P.C. |
| 3 | | |
| 4 | | |
| 5 | | _____<br>By: Edwin Pairavi, Esq., |
| 6 | | Joshua Mohrsaz, Esq.,<br>Attorneys for Plaintiff, |
| 7 | | CHRISTOPHER PERKINS |

PAIRAVI LAW, P.C.
1875 Century Park East, Suite 480
Los Angeles, CA 90067

-2-
NOTICE OF CASE MANAGEMENT CONFERENCE

EXHIBIT D 036

# Exhibit "A"

EXHIBIT D 037

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

**COURTHOUSE ADDRESS:**
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**PLAINTIFF:**
Christopher Perkins

**DEFENDANT:**
Optuminsight, Inc., a Delaware Corporation et al

**NOTICE OF CASE MANAGEMENT CONFERENCE**

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
09/01/2021
Sherri R. Carter, Executive Officer / Clerk of Court
By: S. Alexander, Deputy

**CASE NUMBER:**
21STCV32115

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

Date: 12/28/2021    Time: 8:30 AM    Dept.: 28

NOTICE TO DEFENDANT: THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.).

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: 09/01/2021

Rupert A. Byrdsong / Judge
Judicial Officer

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

Edwin Pairavi
1875 Century Park E Ste 480
Los Angeles, CA 90067

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 09/01/2021

By S. Alexander
Deputy Clerk

LACIV 132 (Rev. 07/13)
LASC Approved 10-03
For Optional Use

**NOTICE OF CASE MANAGEMENT CONFERENCE**

Cal. Rules of Court, rules 3.720-3.730
LASC Local Rules, Chapter Three

EXHIBIT D 038

## PROOF OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action herein. My business address is 1875 Century Park East, Suite 480, Los Angeles, California 90067. I am readily familiar with the firm's practices for collecting and processing correspondence for service in the manners listed below.

On December 2, 2021, I caused a true and correct copy of the document(s) described as:

**NOTICE OF CASE MANAGEMENT CONFERENCE**

to be served on the interested parties in this action as follows:

Marissa L. Lyftogt                 mlyftogt@wilsonturnerkosmo.com
Aimee Axelrod Parkers              AParker@wilsonturnerkosmo.com
Michaela Delacruz                  MDelacruz@wilsonturnerkosmo.com
WILSON TURNER KOSMO LLP
402 West Broadway, Suite 1600
San Diego, CA 92101

|     |                         |                                                                                                                                                     |
| --- | ----------------------- | --------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | VIA US MAIL:            | Placed in a sealed package addressed to the person(s) listed above and placed for collection and mailing.                                           |
|     | VIA FAX:                | Transmitted via fax to the phone number(s) listed above.                                                                                            |
| XXX | VIA EMAIL:              | Transmitted via electronic mail to the email address(es) listed above.                                                                              |
|     | VIA OVERNIGHT DELIVERY: | Placed in a sealed package addressed to the person(s) listed above and placed for collection and mailing in an overnight delivery service pick up office designated for overnight delivery. |
|     | VIA PERSONAL SERVICE:   | Served by having a professional messenger service, personally deliver them to the persons at the address(es) listed above.                          |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 2, 2021 at Los Angeles, California.

_____
*Tracy Magaña*