# EXHIBIT G

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>12/20/2021<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: A. Wiggins, Deputy |
| PLAINTIFF(S):<br>Christopher Perkins | |
| DEFENDANT(S):<br>Optuminsight, Inc., a Delaware Corporation et al | |
| **NOTICE RE: CONTINUANCE OF HEARING AND ORDER** | CASE NUMBER:<br>21STCV32115 |

TO THE PLAINTIFF(S) AND ATTORNEY(S) OF RECORD AND / OR PARTIES IN PROPRIA PERSONA:

You are hereby notified that the Case Management Conference previously set for hearing on 12/28/2021 in Department 28 has been reset for hearing in the same department on 01/25/2022 at 8:30 AM.

## ORDER

You are ordered to give notice by mail forthwith of such fact to all parties and to file proof of service of such notice forthwith in the assigned department, located at Stanley Mosk Courthouse 111 North Hill Street, Los Angeles, CA 90012.

Dated: 12/20/2021

Rupert A. Byrdsong / Judge
Judicial Officer

NOTICE RE: CONTINUANCE OF HEARING AND ORDER

LACIV XXX
LASC Approved 00-00

EXHIBIT G 050

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>12/20/2021<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: A. Wiggins, Deputy |
| PLAINTIFF/PETITIONER:<br>Christopher Perkins | |
| DEFENDANT/RESPONDENT:<br>Optuminsight, Inc., a Delaware Corporation et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>21STCV32115 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice Re: Continuance of Hearing and Order upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Aimee Parker
WILSON TURNER KOSMO LLP
402 W. Broadway Suite 1600
San Diego, CA 92101

Edwin Pairavi
Pairavi Law, P.C.
1875 Century Park E Ste 480
Los Angeles, CA 90067

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 12/20/2021          By: A. Wiggins
                                Deputy Clerk

CERTIFICATE OF MAILING                    EXHIBIT G 049