# EXHIBIT H

Labor Law Section 2810.5
Notice of Wage Rate and Designated Payday
Hourly Rate Plus Overtime

| Employer | Employee |
|---|---|
| Optum360 Services, Inc.<br>9900 Bren Road East<br>Minnetonka, MN 55343<br>952-936-1300<br>Prepared by: Anna West<br>Talent Acquisition | Christopher Perkins<br>11970 Iowa Ave. Unit 101<br>Los Angeles, California 90025 |

Effective Date of Employment: February 20, 2017

Your initial annualized salary will be $115,000.00 per year.

**Designated pay day: Every other Friday**

**Worker's Compensation Carrier:**
Travelers Property Casualty Company of America
385 Washington Street, St. Paul MN 55102
651-310-7911
Policy Number: HC2JUB472M475514

**Paid Sick Leave:**
Unless exempt, the employee identified on this notice is entitled to minimum requirements for paid sick leave under state law which provides that an employee:
a) May accrue paid sick leave and may request and use up to 3 days or 24 hours of accrued paid sick leave per year;
b) May not be terminated or retaliated against for using or requesting the use of accrued paid sick leave; and
c) Has the right to file a complaint against an employer who retaliates or discriminates against an employee for

- requesting or using accrued sick days;
- attempting to exercise the right to use accrued paid sick days;
- filing a complaint or alleging a violation of Article 1.5 section 245 et seq. of the California Labor Code;
- cooperating in an investigation or prosecution of an alleged violation of this Article or opposing any policy or practice or act that is prohibited by Article 1.5 section 245 et seq. of the California Labor Code.

The employee identified on this notice accrues paid sick leave pursuant to the employer's policy which satisfies or exceeds the accrual, carryover, and use requirements of Labor Code §246.

**Employment Arbitration Policy**

A.   **STATEMENT OF INTENT**

UnitedHealth Group Incorporated and its subsidiaries and affiliates (referred to as "UnitedHealth Group") acknowledge that disagreements may arise between an individual employee [1]and UnitedHealth Group or between employees in a context that involves UnitedHealth Group. It is

O360_CP_000004