# EXHIBIT I

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | OPTUMINSIGHT, INC. |
| Entity (File) Number: | C2118911 |
| File Date: | 07/21/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GV06286 |

**Detailed Filing Information**

1. Entity Name: OPTUMINSIGHT, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   
   b. Mailing Address:
   11000 Optum Circle
   Eden Prairie , Minnesota 55344
   United States of America
   
   c. Street Address of Principal Executive Office:
   11000 Optum Circle
   Eden Prairie , Minnesota 55344
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Richard David Hardy
   11000 Optum Circle
   Eden Prairie , Minnesota 55344
   United States of America
   
   b. Secretary:
   Elizabeth Ann Soderberg
   11000 Optum Circle
   Eden Prairie , Minnesota 55344
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GV06286

EXHIBIT I 052

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

Peter Marshall Gill
11000 Optum Circle
Eden Prairie , Minnesota 55344
United States of America

4.  Director:    Not Applicable

Number of Vacancies on the Board of Directors:    Not Applicable

5.  Agent for Service of Process:    C T CORPORATION SYSTEM (C0168406)

6.  Type of Business:    Provide healthcare information services

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Kelly Lettmann

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GV06286

EXHIBIT I 053