# Exhibit J

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | OPTUM360 SERVICES, INC. |
| Entity (File) Number: | C3624195 |
| File Date: | 11/11/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GY36661 |

**Detailed Filing Information**

1. Entity Name: OPTUM360 SERVICES, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   
   b. Mailing Address:
      11000 Optum Circle
      Eden Prairie, Minnesota 55344
      United States of America
   
   c. Street Address of Principal Executive Office:
      11000 Optum Circle
      Eden Prairie, Minnesota 55344
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Paul Matthew Emerson
      13625 Technology Drive
      Eden Prairie, Minnesota 55344
      United States of America
   
   b. Secretary:
      Peter J Martin
      11000 Optum Circle
      Eden Prairie, Minnesota 55344
      United States of America

Document ID: GY36661

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources

EXHIBIT J 054

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

Eric M Peterson
11000 Optum Circle, MN101-W013
Eden Prairie, Minnesota 55344
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: C T CORPORATION SYSTEM (C0168406)

6. Type of Business: Healthcare Data & Consulting Services

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Kelly Lettmann

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GY36661

EXHIBIT J 055