# Exhibit K

## Business Record Details »

Minnesota Business Name
### UnitedHealth Group Incorporated

**Business Type**
Business Corporation (Foreign)

**MN Statute**
303

**File Number**
831876900056

**Home Jurisdiction**
Delaware

**Filing Date**
7/1/2015

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2022

**Registered Office Address**
1010 Dale St N
St Paul, MN 55117–5603
USA

**Registered Agent(s)**
C T Corporation System Inc.

**Chief Executive Officer**
Andrew Philip Witty
704 pennsylvania Ave NW
Suite 200
Washington, DC 20004
United States

**Home Business Name**
UnitedHealth Group Incorporated

---

### Filing History

# Filing History

Select the item(s) you would like to order:   [ Order Selected Copies ]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 7/1/2015 | Original Filing - Business Corporation (Foreign) (Business Name: UnitedHealth Group Incorporated) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Foreign) | |

© 2021 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**