Edwin Pairavi, Esq.,           (State Bar No.: 257290)
edwin@pairavilaw.com
Joshua M. Mohrsaz, Esq.,       (State Bar No.: 307759)
joshua@pairavilaw.com
PAIRAVI LAW, P.C.
1875 Century Park East, Suite 480
Los Angeles, California 90067
Telephone:  (310)789-2063
Facsimile:  (310)789-2064

Attorneys for Plaintiff,
CHRISTOPHER PERKINS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PERKINS, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>OPTUMINSIGHT, INC., a Delaware Corporation; OPTUM360, LLC, a Delaware Limited Liability Company; OPTUM360 SERVICES, INC., a Delaware Corporation; UNITEDHEALTH GROUP, a Minnesota Corporation; UNITEDHEALTH GROUP INCORPORATED, a Delaware Corporation; TINA MARIE TESTA, an individual; and DOES 1 to 50, inclusive,<br><br>             Defendants. | **Case No.** 2:22-cv-00452-JFW-KS<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>LR 7-1.1<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Magistrate: Hon. Karen L. Stevenson<br>Courtroom: 580<br><br>Trial Date:        None Set<br>Complaint Filed:   August 30, 2021 |

Pursuant to Central District Local Rule 7.1-1, undersigned counsel of record for Plaintiff Christopher Perkins ("Plaintiff") certify that the following listed persons, associations of persons, firms, partnerships, and corporations may have a pecuniary or other interest in the outcome of this case:

Plaintiff CHRISTOPHER PERKINS;

OPTUMINSIGHT, INC., a Delaware Corporation;

OPTUM360, LLC, a Delaware Limited Liability Company;

OPTUM360 SERVICES, INC., a Delaware Corporation;

UNITEDHEALTH GROUP, a Minnesota Corporation;

UNITEDHEALTH GROUP INCORPORATED, a Delaware Corporation;

TINA MARIE TESTA, an individual.

Plaintiff notes that additional information regarding the named Defendants has been provided by Defendants in their notice of interested parties and corporate disclosure. Plaintiff intends to confirm this information through discovery but presently does not have information in that regard. Plaintiff will file a supplemental statement if additional information is obtained which requires disclosure.

/s/ Edwin Pairavi
Edwin Pairavi, Esq.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action herein. My business address is 1875 Century Park East, Suite 480, Los Angeles, California 90067. I am readily familiar with the firm's practices for collecting and processing correspondence for service in the manners listed below.

On February 9, 2022, I caused a true and correct copy of the document(s) described as:

**NOTICE OF INTERESTED PARTIES**

to be served on the interested parties in this action as follows:

| | |
|---|---|
| Marissa L. Lyftogt | mlyftogt@wilsonturnerkosmo.com |
| Aimee Axelrod Parker | AParker@wilsonturnerkosmo.com |
| Michaela Delacruz | MDelacruz@wilsonturnerkosmo.com |
| WILSON TURNER KOSMO LLP | ykondan@wilsonturnerkosmo.com |
| 402 West Broadway, Suite 1600 | jlindley@wilsonturnerkosmo.com |
| San Diego, CA 92101 | |

|     |                        |                                                                                                                                                              |
|-----|------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     | VIA US MAIL:           | Placed in a sealed package addressed to the person(s) listed above and placed for collection and mailing.                                                    |
|     | VIA FAX:               | Transmitted via fax to the phone number(s) listed above.                                                                                                     |
| XXX | VIA EMAIL:             | Transmitted via electronic mail to the email address(es) listed above.                                                                                       |
|     | VIA OVERNIGHT DELIVERY:| Placed in a sealed package addressed to the person(s) listed above and placed for collection and mailing in an overnight delivery service pick up office designated for overnight delivery. |
|     | VIA PERSONAL SERVICE:  | Served by having a professional messenger service, personally deliver them to the persons at the address(es) listed above.                                   |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 9, 2022 at Los Angeles, California.

*/s/ Edwin Pairavi*
_____
*Edwin Pairavi*

-1-
PROOF OF SERVICE