PAIRAVI LAW, P.C.
EDWIN PAIRAVI (257290)
JOSHUA M. MOHRSAZ (307759)
1875 Century Park East, Suite 480
Los Angeles, California 90067
Telephone: (310)789-2063
Facsimile: (310)789-2064
E-mail: edwin@pairavilaw.com
E-mail: joshua@pairavilaw.com

Attorneys for Plaintiff
CHRISTOPHER PERKINS

**JS-6**

WILSON TURNER KOSMO LLP
MARISSA L. LYFTOGT (259559)
AIMEE AXELROD PARKER (255589)
MICHAELA P. DELACRUZ (292724)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  mlyftogt@wilsonturnerkosmo.com
E-mail:  aparker@wilsonturnerkosmo.com
E-mail:  mdelacruz@wilsonturnerkosmo.com

Attorneys for Defendants
OPTUMINSIGHT, INC., OPTUM360, LLC,
OPTUM360 SERVICES, INC.,
UNITEDHEALTH GROUP INCORPORATED
(erroneously sued as UNITEDHEALTH GROUP)
and TINA MARIE TESTA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERKINS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> OPTUMINSIGHT, INC., a Delaware Corporation; OPTUM360, LLC, a Delaware Limited Liability Company; OPTUM360 SERVICES, INC., a Delaware Corporation; UNITEDHEALTH GROUP, a Minnesota Corporation; UNITEDHEALTH GROUP INCORPORATED, a Delaware Corporation; TINA MARIE TESTA, an individual. <br><br> Defendants. | Case No.  2:22-cv-00452-JFW (KSx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br><br> Complaint Filed: August 30, 2021 <br> Removed:         January 21, 2022 |

ORDER ON DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Joint Motion for Dismissal with Prejudice filed by the parties,

IT IS HEREBY ORDERED that the entirety of Plaintiff CHRISTOPHER PERKINS's civil action against Defendants OPTUMINSIGHT, INC., OPTUM360, LLC, OPTUM360 SERVICES, INC., UNITEDHEALTH GROUP INCORPORATED (erroneously sued as UNITEDHEALTH GROUP) and TINA MARIE TESTA, and all causes of action and claims Plaintiff alleges against Defendants therein, are hereby DISMISSED WITH PREJUDICE, and each party shall bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: November 3, 2022

Honorable John F. Walter
United States District Judge

ORDER ON DISMISSAL WITH PREJUDICE